**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LESLIE STOUGHTON f/k/a LESLIE FULTS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SCOTT LOWERY LAW OFFICE, P.C. d/b/a )<br>P. SCOTT LOWERY, P.C., )<br>)<br>    Defendant. ) | No. 09-cv-1524<br>Judge Matthew F. Kennelly |

## SATISFACTION OF JUDGMENT

NOW COMES the Plaintiff, LESLIE STOUGHTON f/k/a LESLIE FULTS, by and through her attorneys, KROHN & MOSS, LTD., and, having received full satisfaction and payment in the amount of $1,300.00, for Plaintiff's damages only, not including reasonable attorneys fees and costs, releases and forever discharges the judgment entered against the Defendant, SCOTT LOWERY LAW OFFICE, P.C. d/b/a P. SCOTT LOWERY, P.C.

                                            Respectfully Submitted,

                                            By: /s/ Adam J. Krohn
                                                     Adam J. Krohn
                                                       KROHN & MOSS, LTD.
                                                       Attorneys for Plaintiff
                                                       120 W. Madison St., 10th Fl.
                                                       Chicago, Illinois 60602
                                                       (312) 578-9428